JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEWIS TURNER,<br><br>        Petitioner,<br><br>    v.<br><br>C. PFEIFER, WARDEN,<br><br>        Respondent. | CASE NO. CV 16-7988-AB (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 16, 2017.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd